Approved: [signature]
MICAH F. FERGENSON
Assistant United States Attorney

Before: THE HONORABLE ROBERT W. LEHRBURGER
United States Magistrate Judge
Southern District of New York

**20 MAG 9618**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>WAYNE J. MORGAN, JR.,<br>a/k/a "Wayne S. Morgan,"<br>a/k/a "Jason Morgan,"<br><br>Defendant. | **SEALED COMPLAINT**<br><br>Violations of 18 U.S.C. §§ 922(g)(1), 924(a)(2), and 2.<br><br>COUNTY OF OFFENSE: BRONX |

SOUTHERN DISTRICT OF NEW YORK, ss.:

JOSE LIZARDO, being duly sworn, deposes and says that he is a Detective with the New York City Police Department ("NYPD"), and charges as follows:

**COUNT ONE**
(Felon in Possession of Ammunition)

1. On or about August 31, 2020, in the Southern District of New York and elsewhere, WAYNE J. MORGAN, JR., a/k/a "Wayne S. Morgan," a/k/a "Jason Morgan," the defendant, knowing he had been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess ammunition, to wit, seven Luger 9-millimeter shell casings, and the ammunition was in and affecting commerce.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.)

The bases for my knowledge and the foregoing charge are, in part, as follows:

2. I am a Detective with the NYPD and I have been personally involved in the investigation of this matter. This affidavit is based in part upon my conversations with law enforcement agents and others and my examination of reports and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

3. Based on my conversations with other NYPD officers, my review of NYPD records, and my review of relevant video, I have learned the following.

a. On or about August 31, 2020, shortly before 3:00 p.m., an individual (the "Shooter") was outside in the vicinity of an apartment building in the Bronx (the "Apartment Building"). Others, including two individuals ("Victim-1" and "Victim-2"), were also outside in the vicinity of the Apartment Building.

b. The Shooter went inside the Apartment Building. When the Shooter reemerged, he had removed his black shirt and was holding it in one hand, while brandishing a pistol in the other hand. The Shooter fired multiple gunshots at Victim-1 and Victim-2, striking Victim-1 in the arm and Victim-2 in the chest, and causing serious physical injuries. Victim-2 is still hospitalized.

c. The shooting was captured by surveillance video. As shown in the still images below, the Shooter has vitiligo, a condition in which the skin loses its pigmentation, which has created distinctive white patches on the Shooter's skin.





d. Following the shooting, members of the NYPD responded to the scene of the shooting, from which they recovered seven Luger 9-millimeter shell casings (the "Ammunition").

4. For the following reasons, there is probable cause to believe that the Shooter is WAYNE J. MORGAN, JR., a/k/a "Wayne S. Morgan," a/k/a "Jason Morgan," the defendant.

a. I have spoken with Victim-1, and have learned that Victim-1, Victim-2, and the Shooter live in the Apartment Building. Victim-1 knows the Shooter as "Wayne."

b. I have also spoken with NYPD officers involved in an interview of an employee ("Employee-1") of the company that acts as the property manager (the "Property Manager") for the Apartment Building. Employee-1 watched the video surveillance of the shooting and identified the Shooter as "Wayne" who lives in a specified apartment ("Apartment-1") in the Apartment Building.

c. From information provided by the Property Manager, I have learned that the tenant of Apartment-1 is MORGAN.

d. Further, I have compared video recordings of the Shooter with a preexisting photograph of MORGAN from law enforcement records (the “Mugshot”) and believe them to depict the same person. Notably, the Mugshot, which is copied below, shows that MORGAN has vitiligo-caused white patches around his lower eyelids, lips, nose, and on his neck and upper chest. Those distinctive white patches are also visible on the Shooter in the relevant video recordings.




e. In addition, on or about September 1, 2020, Employee-1 identified – through a six-pack photo array administered in the double blind method, and in which each of the six individuals shown had vitiligo – MORGAN as the tenant of Apartment-1.

f. Finally, on or about September 1, 2020, Victim-1 identified – through a six-pack photo array administered in the double blind method, and in which each of the six individuals shown had vitiligo – MORGAN as the Shooter.

5. Based on my training and experience, and my communications with other law enforcement agents, including a Special Agent from the Bureau of Alcohol, Tobacco, Firearms and

Explosives, who is familiar with the manufacturing of firearms and ammunition, I am aware that the Ammunition was not manufactured in the State of New York.

6. I have reviewed criminal history records pertaining to WAYNE J. MORGAN, JR., a/k/a “Wayne S. Morgan,” a/k/a “Jason Morgan,” the defendant. Those records show, among other things, that on or about April 3, 2003, MORGAN was convicted in Schenectady County Court of criminal possession of a controlled substance in the fifth degree, in violation of New York Penal Law § 220.06, a Class D Felony. That offense is punishable by imprisonment for a term exceeding one year. On or about April 3, 2003, MORGAN was sentenced principally to a term of two years’ to six years' imprisonment.

WHEREFORE the deponent requests that a warrant be issued for the arrest of WAYNE J. MORGAN, JR., a/k/a “Wayne S. Morgan,” a/k/a “Jason Morgan,” the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

S/ by the Court with consent
JOSE LIZARDO
Detective
New York City Police Department

Sworn to before me through
reliable electronic means this
9th day of September 2020

THE HONORABLE ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK